**Opinion issued January 27, 2015.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00922-CR

———————————

## IN RE JARED LLOYD SHANKLIN, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION[1]

By petition for writ of mandamus, relator, Jared Lloyd Shanklin, complains the trial court has not ruled on his pending writ of habeas corpus, which he states was filed on or about September 28, 2012. He further seeks to compel the trial court to "issue an order for affidavits and responses to interrogatories submitted in Relator's Proposed Order Designating Issue(s) and for Filing of Affidavits."

---

[1] The underlying case is *Jared Lloyd Shanklin v. State of Texas*, cause number 941654-A, pending in the 337th District Court of Harris County, Texas, the Honorable Renee Magee presiding.

We have no authority to issue writs of mandamus in criminal law matters pertaining to proceedings under Texas Code of Criminal Procedure article 11.07. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07 (West Supp. 2013); *In re Briscoe*, 230 S.W.3d 196, 196–97 (Tex. App.—Houston [1st Dist.] 2006, orig. proceeding); *In re McAfee*, 53 S.W.3d 715, 717 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding); *see also* TEX. GOV'T CODE ANN. § 22.221(a), (b) (West 2004); *In re Coronado*, 980 S.W.2d 691, 692 (Tex. App.—San Antonio 1998, orig. proceeding).

Accordingly, we **dismiss** the petition for writ of mandamus for want of jurisdiction.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Brown.

Do not publish.   TEX. R. APP. P. 47.2(b).